IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI,
JACKSON DIVISION

EARL WAYNE SMITH, JR. AND
KATHERINE SMITH                                              PLAINTIFFS

VS.                                    CIVIL ACTION NO: 3:04CV737LN

CENTEX HOME EQUITY COMPANY, LLC
d/b/a CENTEX HOME EQUITY CORPORATION,
SOUTHERN MORTGAGE FINANCIAL GROUP, LLC
d/b/a SOUTHERN MORTGAGE COMPANY, JIM
HEAD AND JOHN DOES 1-10                                      DEFENDANTS

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

COMES NOW THIS COURT to rule on the Agreed Motion *ore tenus* to dismiss with prejudice the claims of Plaintiffs', Earl Wayne Smith and Katherine Smith, as to Defendant, Jim Head, in the above cause of action.

IT IS, THEREFORE, ORDERED that the claims of Plaintiffs, Earl Wayne Smith and Katherine Smith, as to Defendant, Jim Head, are hereby dismissed with prejudice with each party to bear their own costs.

SO ORDERED, this the 26th day of January, 2006.

_____
U.S. MAGISTRATE

AGREED AS TO SUBSTANCE AND FORM:

_____
REID S. BRUCE, MSB# 101006
ATTORNEY FOR PLAINTIFFS

_____
STEPHEN MAGGIO
ATTORNEY FOR DEFENDANT, JIM HEAD